# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:07-CR-00035-RLH-RJJ |
| vs. | ) | **O R D E R** |
| STEVEN VO, | ) | (Motion for Early Termination of Supervised Release-#56 |
| Defendant. | ) | |

Before the Court is Defendant's **Motion for Early Termination of Supervised Release** (#56, filed June 25, 2013) and the Court will exercise its authority and refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Motion for Early Termination of Supervised Release** (#56) is hereby REFERRED to the UNITED STATES ATTORNEY for a response within forty-five (45) days of the entry this Order. Defendant will then have fifteen (15) days thereafter to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED: June 26, 2013.

_____
Roger L. Hunt
United States District Judge